**Order entered June 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00706-CV

**PATRICIA HUGHES, Appellant**

**V.**

**DESOTO SURGICARE PARTNERS, LTD., TEXAS HEALTH VENTURES GROUP, LLC, AND UNITED SURGICAL PARTNERS INTERNATIONAL, INC., Appellees**

**AND**

### No. 05-15-00741-CV

**DESOTO SURGICARE PARTNERS, LTD., TEXAS HEALTH VENTURES GROUP, LLC, AND UNITED SURGICAL PARTNERS INTERNATIONAL, INC., Appellants**

**V.**

**PATRICIA HUGHES, Appellee**

---

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02334-L**

## ORDER

We **GRANT** Desoto Surgicare Partners, Ltd., Texas Health Ventures Group, LLC, and

United Surgical Partners International, Inc.'s June 17, 2015 motion to consolidate appeals and

**ORDER** appellate cause number 05-15-00741-CV consolidated into appellate cause number 05-

15-00706-CV.  We **DIRECT** the Clerk of the Court to remove all documents from appellate cause number 05-15-00741-CV and refile them in appellate cause number 05-15-00706-CV.  For administrative purposes, appellate cause number 05-15-00741-CV is treated as a closed case. The parties, Dallas County District Clerk Felicia Pitre, and court reporter Stephanie Moses shall now use only cause number 05-15-00706-CV when referencing the appeal.

A copy of this order shall be sent to Ms. Pitre, Ms. Moses, and counsel for the parties.


/s/  CRAIG STODDART
   JUSTICE